UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

Order Filed on August 8, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

THOMAS SGHERZI,

DEBTOR

Case No.:  _____15-27936_____

Chapter:  _____13_____

Judge:  _____JKS_____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3/16/16_____ :

Property:     1008 COLOMBIA AVE, NORTH BERGEN, NJ_____

Creditor:     NATIONSTAR_____

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____,
      and for good cause shown

☐   Early Termination of the Loss Mitigation Period having been filed by _____,
      and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/31/16_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*