UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case No.:   15-27936
Thomas a. Sgherzi                                   :
                                                    : Adv. No.:   _____
                                                    :
                                                    : Judge:      Sherwood
            Debtor (s),                             :
_____                : Chapter:         13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____John K. Sherwood_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Certification in Opposition to Certification of
                           Default of Standing Trustee, re: Debtors
                           Failure to Sell or Refinance Real Property

**Location of Hearing:**   Courtroom No.  3D
                           US BANKRUPTCY COURT
                           50 WALNUT STREET, 3RD FL
                           NEWARK, NJ 07102

**Date and Time:**         September 22, 2016 @ 9:00 am,
                           or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ✔ ARE REQUIRED        _____ ARE NOT REQUIRED

DATED:    August 16, 2016                       JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 16, 20 16 the foregoing notice was served on the following:  Debtor, Debtor's Attorney, Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-27936-JKS
Thomas A Sgherzi                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 1         Date Rcvd: Aug 16, 2016
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
db              +Thomas A Sgherzi,    1008 Colombia Avenue,    North Bergen, NJ 07047-1631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Thomas A Sgherzi bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 cmecf@sternlav.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4