UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on September 23, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

IN RE:

   THOMAS A SGHERZI

Case No.:  15-27936 JKS

Hearing Date:  9/22/2016

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 23, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): THOMAS A SGHERZI

Case No.: 15-27936

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/22/2016 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $300.00 starting on 10/1/2016 for the remaining 24 month(s); and it is further

- ORDERED, that the Debtor(s) Debtor must complete loan modification by 12/31/16 or as extended by the Court or the case will be dismissed; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.