UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

**Order Filed on October 26, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS A. SGHERZI  DEBTOR(S)

Case No.: 15-27936 (JKS)

Adv. No.:

Hearing Date: N/A

Judge: JOHN K. SHERWOOD

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is
hereby ORDERED:

**DATED: October 26, 2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Thomas A. Sgherzi, Debtor(s)

Case no.: 15-27936 JKS

Caption of order: Order Authorizing Loan Modification and for
Other Relief

_____

1. That the Debtor be and is hereby authorized to enter
into and consummate a loan modification with Nationstar
Mortgage, LLC ('Nationstar'), pursuant to the terms and
conditions of the proposed loan modification, relating to real
property located at 1008 Columbia Avenue, North Bergen, New
Jersey and the loan modification be and is hereby approved.

2. That the Debtor and/or Nationstar, be and are authorized
to enter and consummate any transaction necessary and incident
to the loan modification relating to this property, the sole
exception being the transfer of the property or an interest in
the property by the Debtor(s) to someone else.

a. Limited automatic stay relief is granted, to allow
Nationstar, to negotiate any such agreement with the Debtor or
counsel, enter into and sign a loan modification agreement, and
record any documents with the appropriate county recorders
office without such action being considered a violation of the
automatic stay.

3. That the Debtor and/or Nationstar, are authorized to
negotiate and prepare the terms or documents relating to a loan
modification, or any necessary transaction incident to a loan
modification agreement, such as, but not limited to the
circumstances described above, with respect to this property and

Page 3

Debtor: Thomas A. Sgherzi, Debtor(s)

Case no.: 15-27936 JKS

Caption of order: Order Authorizing Loan Modification and for

Other Relief

_____

any such negotiation and/or preparation of documents and/or

recording of documents, by the parties shall not considered to

be a violation of the automatic stay and are specifically

authorized by the Court.

    4. That any communication by the parties relating to the

loan modification shall be considered to be negotiations,

pursuant to the Rules of Evidence, and shall not be used by

either party against the other in the context of any subsequent

litigation in this Court or any state court, federal court or

non-judicial forum.

    5. That nothing in this order shall be construed as a

modification of the plan.

    6. That the mortgage company and/or mortgage servicer may

not persuade the Debtor(s) to dismiss this case in order to

consummate a loan modification.

    7. That because the mortgage is being modified and the

arrears (arrears may include pre-petition sums due or post-

petition arrears) are being addressed in the new mortgage, the

pre-petition arrearage claim, filed by Nationstar, or its

predecessors, assignees or successor in interest, docketed as

claim number six (6) shall not be paid and the Trustee shall not

make any payments/disbursements on this pre-petition arrearage

Page 4

Debtor: Thomas A. Sgherzi, Debtor(s)

Case no.: 15-27936 JKS

Caption of order: Order Authorizing Loan Modification and for
Other Relief

_____

claim. Any post-petition sums added to the plan shall similarly
not be paid by the Trustee as they would be incorporated into
the new mortgage.  If the modification is not consummated for
any reason, Nationstar, may, at any time during the pendency of
this case, re-list the matter for further hearing, otherwise,
this order shall be deemed final.