UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

**Order Filed on October 26, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS A. SGHERZI  DEBTOR(S)

Case No.: 15-27936 (JKS)

Adv. No.:

Hearing Date: N/A

Judge: JOHN K. SHERWOOD

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is hereby ORDERED:

**DATED: October 26, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Thomas A. Sgherzi, Debtor(s)

Case no.: 15-27936 JKS

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

1. That the Debtor be and is hereby authorized to enter into and consummate a loan modification with Nationstar Mortgage, LLC ('Nationstar'), pursuant to the terms and conditions of the proposed loan modification, relating to real property located at 1008 Columbia Avenue, North Bergen, New Jersey and the loan modification be and is hereby approved.

2. That the Debtor and/or Nationstar, be and are authorized to enter and consummate any transaction necessary and incident to the loan modification relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor(s) to someone else.

   a. Limited automatic stay relief is granted, to allow Nationstar, to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate county recorders office without such action being considered a violation of the automatic stay.

3. That the Debtor and/or Nationstar, are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and

Page 3

Debtor: Thomas A. Sgherzi, Debtor(s)

Case no.: 15-27936 JKS

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not considered to be a violation of the automatic stay and are specifically authorized by the Court.

    4. That any communication by the parties relating to the loan modification shall be considered to be negotiations, pursuant to the Rules of Evidence, and shall not be used by either party against the other in the context of any subsequent litigation in this Court or any state court, federal court or non-judicial forum.

    5. That nothing in this order shall be construed as a modification of the plan.

    6. That the mortgage company and/or mortgage servicer may not persuade the Debtor(s) to dismiss this case in order to consummate a loan modification.

    7. That because the mortgage is being modified and the arrears (arrears may include pre-petition sums due or post-petition arrears) are being addressed in the new mortgage, the pre-petition arrearage claim, filed by Nationstar, or its predecessors, assignees or successor in interest, docketed as claim number six (6) shall not be paid and the Trustee shall not make any payments/disbursements on this pre-petition arrearage

Page 4

Debtor: Thomas A. Sgherzi, Debtor(s)

Case no.: 15-27936 JKS

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

claim. Any post-petition sums added to the plan shall similarly not be paid by the Trustee as they would be incorporated into the new mortgage.  If the modification is not consummated for any reason, Nationstar, may, at any time during the pendency of this case, re-list the matter for further hearing, otherwise, this order shall be deemed final.

United States Bankruptcy Court
District of New Jersey

In re:
Thomas A Sgherzi
    Debtor

Case No. 15-27936-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 26, 2016
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.
db          +Thomas A Sgherzi,   1008 Colombia Avenue,   North Bergen, NJ 07047-1631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Herbert B. Raymond   on behalf of Debtor Thomas A Sgherzi bankruptcy123@comcast.net,
         jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 cmecf@sternlav.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
    TOTAL: 4