# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Thomas A Sgherzi

Case No.: 15-27936

Hearing Date: 1/26/2017

Chapter: 13

Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable   John K Sherwood  , United States Bankruptcy Judge.

**Reason for Hearing:**   Opposition to Certification of Default

**Location of Hearing:**   Courtroom No. 3D
US BANKRUPTCY COURT
50 WALNUT STREET
NEWARK, NJ 07102

**Date and Time:**   January 26, 2017 @ 9:00 am  , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: January 4, 2017

JEANNE A. NAUGHTON, Clerk

By: Zelda Haywood
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on   January 4  , 20 17   this notice was served on the following: Debtor, Debtor's Counsel and Trustee

JEANNE A. NAUGHTON, Clerk

By: Zelda Haywood
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas A Sgherzi  
      Debtor

Case No. 15-27936-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 04, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.  
db          +Thomas A Sgherzi,    1008 Colombia Avenue,    North Bergen, NJ 07047-1631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Herbert B. Raymond    on behalf of Debtor Thomas A Sgherzi bankruptcy123@comcast.net,  
          jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 cmecf@sternlav.com  
          Marie-Ann  Greenberg    magecf@magtrustee.com  
                                                                                                                                                                                                                                                                                                                               TOTAL: 4