**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Thomas A Sgherzi

Case No.: 15-27936
Hearing Date: 4/27/2017
Chapter: 13
Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Certification in Opposition to Certification of Default of Standing Trustee. re: Debtors failure to make plan payments

**Location of Hearing:** Courtroom No. 3D
US BANKRUTPCY COURT
50 WALNUT STREET, 3RD FL
NEWARK, NJ 07102

**Date and Time:** April 27, 2017 @ 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: April 11, 2017

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 11, 2017 this notice was served on the following: Debtor, Debtor's Counsel and Trustee

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-27936-JKS
Thomas A Sgherzi                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Apr 11, 2017
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db             +Thomas A Sgherzi,    1008 Colombia Avenue,    North Bergen, NJ 07047-1631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Herbert B. Raymond    on behalf of Debtor Thomas A Sgherzi bankruptcy123@comcast.net,
        jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA6 cmecf@sternlav.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                   TOTAL: 4