Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  15−27936−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas A Sgherzi
   1008 Colombia Avenue
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−6529

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/1/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 1, 2017
JAN: zlh

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-27936-JKS
Thomas A Sgherzi                                                      Chapter 13
          Debtor         **CERTIFICATE OF NOTICE**

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: May 01, 2017
                              Form ID: 148             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
```
db            +Thomas A Sgherzi,    1008 Colombia Avenue,    North Bergen, NJ 07047-1631
cr            +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    PO Box 17933,
               San Diego, CA 92177-7921
lm            +Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
515753607      AT & T Wireless,    PO Box 95366,    Atlanta, GA 30347
515753606     +AT & T Wireless,    PO Box 8758,    Portland, OR 97207-8758
515755632     +AT& Mobility,    PO Box 537107,    Atlanta, GA 30353-7107
515755633     +AT& Mobility Inc.,    One AT&T Way,    Room 31104,    Bedminster, NJ 07921-2693
515755634     +AT& Mobility Inc. AT&T Services,    One AT&T Way,    Room 3A104,    Bedminster, NJ 07921-2693
515755635     +AT&T Mobility,    PO Box 537107,    Atlanta, GA 30353-7107
515753612    ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
              (address filed with court: First Horizon Home Loa,    4000 Horizon Way,    Irving, TX 75063)
515755646      Fingerhut,    PO Box 5033,    Sioux Falls, SD 57117
515753613     +First Horizon Home Loans,    PO Box 630327,    Irving, TX 75063-0117
515755651     +Hudson County Sheriff,    Hudson County Administration Building,    595 Newark Avenue,
               Docket # F-7910-10,    Jersey City, NJ 07306-2394
515755654      Merrick Bank,    PO Box 571308,    Salt Lake City, UT 84157-1308
515755656     +Monterey Collection Services,    PO Box 4658,    Carlsbad, CA 92018-4658
515755657     +Monterey Collections,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
515753619    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage , LLC,    350 Highland Drive,
               Lewisville, TX 75067)
515820040     +NBMVA,    6200 Tonnelle Ave,    North Bergen NJ 07047-3312
515755659      Nationstar Mortgage,    PO Box 7729,    Youngstown, OH 44501
515755658     +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
515755665     +North Bergen MUA,    6200 Tonnelle Avenue,    North Bergen, NJ 07047-3312
515755666     +North Bergen Tax Collector,    6200 Tonnelle Avenue,    North Bergen, NJ 07047-3312
515755671     +PSEG,    Cranford Customer Service,    District Office,    PO Box 1023,    Cranford, NJ 07016-1023
515755668     +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
515755667      PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
515975431     +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,
               Dallas, TX 75261-9096
515755676     +Verizon,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:09:28      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:09:27      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515753604     +EDI: AFNIRECOVERY.COM May 01 2017 21:58:00      Afni,    404 Brook Drive,    PO Box 3517,
               Bloomington, IL 61702-3517
515755630     +EDI: AFNIRECOVERY.COM May 01 2017 21:58:00      Afni,    PO Box 20939,    Ferndale, MI 48220-0939
515753605     +EDI: AFNIRECOVERY.COM May 01 2017 21:58:00      Afni, Inc.,    PO Box 3097,
               Bloomington, IL 61702-3097
515753609      EDI: CAPITALONE.COM May 01 2017 21:58:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
515755639      EDI: CAPITALONE.COM May 01 2017 21:58:00      Capital One,    PO Box 85015,
               Richmond, VA 23285-5015
515755640     +EDI: CAPITALONE.COM May 01 2017 21:58:00      Capital One,    PO Box 26030,
               Richmond, VA 23260-6030
515755638     +EDI: CAPITALONE.COM May 01 2017 21:58:00      Capital One,    PO Box 85617,
               Richmond, VA 23285-5617
515753608     +EDI: CAPITALONE.COM May 01 2017 21:58:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
               Salt Lake City, UT 84130-0285
515839234      EDI: CAPITALONE.COM May 01 2017 21:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
515753610     +EDI: RCSFNBMARIN.COM May 01 2017 21:58:00      Credit One Bank,    PO Box 98873,
               Las Vegas, NV 89193-8873
515753611     +EDI: RCSFNBMARIN.COM May 01 2017 21:58:00      Credit One Bank,    Po Box 98875,
               Las Vegas, NV 89193-8875
515755643     +EDI: RCSFNBMARIN.COM May 01 2017 21:58:00      Credit One Bank,    P0 Box 80015,
               Los Angeles, CA 90080-0015
515755648     +EDI: AMINFOFP.COM May 01 2017 21:58:00      First Premier Bank,    PO Box 5114,
               Sioux Falls, SD 57117-5114
515755649      EDI: AMINFOFP.COM May 01 2017 21:58:00      First Premier Bank,    PO Box 5147,
               Sioux Falls, SD 57117-5147
515755650     +EDI: AMINFOFP.COM May 01 2017 21:58:00      First Premier Bank,    900 West Delaware,
               PO Box 5519,    Sioux Falls, SD 57117-5519
515753615     +EDI: AMINFOFP.COM May 01 2017 21:58:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
515755645      EDI: JEFFERSONCAP.COM May 01 2017 21:58:00      Fingerhut,    PO Box 2900,
               Saint Cloud, MN 56395
```

```
District/off: 0312-2          User: admin                Page 2 of 3               Date Rcvd: May 01, 2017
                              Form ID: 148               Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515962087         EDI: RESURGENT.COM May 01 2017 21:58:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC  29603-0587
515961164         EDI: MERRICKBANK.COM May 01 2017 21:58:00      Merrick Bank,    c/o Resurgent Capital Services,
                  PO Box 10368,    Greenville, SC  29603-0368
515755653        +EDI: MERRICKBANK.COM May 01 2017 21:58:00      Merrick Bank,    P0 Box 9201,
                  Old Bethpage, NY 11804-9001
515753616        +EDI: MERRICKBANK.COM May 01 2017 21:58:00      Merrick Bank,    Attn: Bankruptcy,   P.O. Box 9201,
                  Old Bethpage, NY 11804-9001
515753617        +EDI: MERRICKBANK.COM May 01 2017 21:58:00      Merrick Bk,    Po Box 9201,
                  Old Bethpage, NY 11804-9001
515755670        +E-mail/Text: bankruptcy@pseg.com May 01 2017 22:09:07       PSEG,   PO Box 490,
                  Cranford, NJ 07016-0490
515755669         E-mail/Text: bankruptcy@pseg.com May 01 2017 22:09:07       PSEG,   PO Box 790,
                  Cranford, NJ 07016-0790
515935044        +EDI: JEFFERSONCAP.COM May 01 2017 21:58:00      Premier Bank, LLC,
                  c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
515755673        +EDI: VERIZONEAST.COM May 01 2017 21:58:00      Verizon,    500 Technology Drive,    Ste 550,
                  Weldon Spring, MO 63304-2225
515753620        +EDI: VERIZONEAST.COM May 01 2017 21:58:00      Verizon,    500 Technology Drive, Ste 30,
                  Weldon Spring, MO 63304-2225
515755674        +EDI: VERIZONCOMB.COM May 01 2017 21:58:00      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
515755675        +EDI: VERIZONCOMB.COM May 01 2017 21:58:00      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
515755678        +EDI: BLUESTEM May 01 2017 21:58:00      Webbank/fingerhut,    6250 Ridgewood Road,
                  Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515755629*       +Afni,   404 Brook Drive,   PO Box 3517,    Bloomington, IL 61702-3517
515755631*       +Afni, Inc.,    P0 Box 3097,   Bloomington, IL 61702-3097
515755637*      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,   Richmond, VA 23238)
515755636*       +Capital One,    Attn: Bankruptcy,   P0 Box 30285,   Salt Lake City, UT 84130-0285
515755641*       +Credit One Bank,    P0 Box 98873,   Las Vegas, NV 89193-8873
515755644*       +Credit One Bank,    PO Box 98873,   Las Vegas, NV 89193-8873
515755642*       +Credit One Bank,    Po Box 98875,   Las Vegas, NV 89193-8875
515753614*      ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,   IRVING TX 75038-2231
                 (address filed with court: First Horizon Home Loans,     4000 Horizon Way,    Irving, TX 75063)
515755647*       +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
515755655*       +Merrick Bank,    PO Box 9201,   Old Bethpage, NY 11804-9001
515755652*       +Merrick Bank,    Attn: Bankruptcy,   PO Box 9201,   Old Bethpage, NY 11804-9001
515753618*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage , LLC,     PO Box 299008,    Lewisville, TX 75029)
515755661*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage , LLC,     PO Box 299008,    Lewisville, TX 75029)
515755662*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage Inc.,     350 Highland Drive,
                  Lewisville, TX 75067)
515755660*       +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
515755663*       +Nationstar Mortgage Inc.,    PO Box 650783,    Dallas, TX 75265-0783
515755664*        Nationstar Mortgage LLC,    PO Box 7729,    Youngstown, OH 44501
515755672*       +Verizon,    500 Technology Drive Ste 30,    Weldon Spring, MO 63304-2225
515755677      ##+Web Bank,    6440 S Wasatch,   Suite 300,    Salt Lake City, UT 84121-3518
                                                                                   TOTALS: 0, * 18, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 3 of 3                  Date Rcvd: May 01, 2017
                               Form ID: 148                 Total Noticed: 59
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Thomas A Sgherzi bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative
               Mortgage Securities Trust 2006-FA6 cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 4
```